UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYNGSTEN BARGAR,<br><br>Defendant. | MJ-22-27-BLG-TJC<br><br>**ORDER** |

A Preliminary Hearing was conducted in this case on March 3, 2022. Based on the testimony presented, and for the reasons stated on the record, the Court finds probable cause to believe that Defendant committed the offense of possession of a controlled substance with intent to distribute in violation of 21 U.S.C. § 841(a)(1), as alleged in the Criminal Complaint. (Doc. 1.)

Accordingly, IT IS ORDERED that Defendant is remanded to the custody of the United States Marshals Service pending further proceedings.

DATED this 3rd day of March, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge